Certificate Number: 17082-PAE-DE-036352602

Bankruptcy Case Number: 22-10367



17082-PAE-DE-036352602

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2022, at 10:50 o'clock AM MST, ZACHARY T PARIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 24, 2022            By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director